## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

-------------------------------------------------------

ANNE HOLZEMER

        Plaintiff,

v.                                   Civil Action No.

CREDIT COLLECTION SERVICES, INC.

        Defendant.

-------------------------------------------------------

### NATURE OF ACTION

1.    This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

### JURISDICTION AND VENUE

2.    This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3.    Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, (where Plaintiff resides in this district), and/or where Defendant transacts business in this district.

### PARTIES

4.    Plaintiff, Anne Holzemer ("Plaintiff"), is a natural person who at all relevant times resided in the State of Tennessee, County of Shelby, and City of Memphis.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, Credit Collection Services, Inc. ("Defendant") is an entity who at all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

8. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than Defendant.

9. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes. Plaintiff incurred the obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than Defendant.

10. Defendant uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

11. Defendant repeatedly and continuously placed telephone calls to Plaintiff with regard to a debt allegedly owed by her son, Andrew.

12. Plaintiff has repeatedly told Defendant that her son does not reside

with her and to cease calling.

13. Despite this knowledge by Defendant, and demands by Plaintiff, Defendant continued, and continues, to place calls to Plaintiff. (15 U.S.C. § 1692d(5)).

14. Defendant's actions constitute conduct highly offensive to a reasonable person.

## COUNT I

15. Plaintiff repeats and re-alleges each and every allegation contained above.

16. Defendant violated the FDCPA as detailed above.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Defendant violated the FDCPA;

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees ands costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

17. Plaintiff is entitled to and hereby demands a trial by jury.

Dated: March 25, 2011

                Respectfully submitted,

                Anne Holzemer

                By: /s/Craig Ehrlich
                Craig Ehrlich
                Attorney for Plaintiff
                Weisberg & Meyers, LLC
                1448 Madison Avenue
                Memphis, TN 38104
                Telephone: (602) 445 9819
                Facsimile: (866) 565 1327
                Email: CEhrlich@AttorneysForConsumers.com

*Please send correspondence to the address below*

                Craig Ehrlich
                Weisberg & Meyers, LLC
                Attorneys for Plaintiff
                5025 N. Central Ave. #602
                Phoenix, AZ 85012