UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**ANNE HOLZEMER**

                  **JUDGMENT IN A CIVIL CASE**
                  Case No. 2:11-cv-02217

**v.**

**CREDIT COLLECTION SERVICES, INC.**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order of Dismissal Without Prejudice entered on July 5, 2011, this case is hereby dismissed without prejudice.**


**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 07/05/2011**
                                                        THOMAS M. GOULD
                                                        **Clerk of Court**


                                                            s/Taffy Elchlepp
                                                    **(By)   Deputy Clerk**